STATE v. ARTHUR CARPENTER.

(Filed 4 May, 1927.)

APPEAL by defendant from *Schenck, J.,* at October Term, 1926, of GASTON. No error.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*E. R. Warren and George W. Wilson for defendant.*

PER CURIAM. The defendant's exceptions must be overruled. The fact that McGinnis may have been a notorious "blind tiger" could not have availed the defendant. *S. v. Lane,* 166 N. C., 333. There was evidence that the defendant's admission was voluntary, and for this reason the third and fifth exceptions are untenable. The instruction as to the defendant's possession of the liquor is sustained by *S. v. McAllister,* 187 N. C., 400. The other exceptions are without merit and require no discussion.

No error.